417 A.2d 723

**COMMONWEALTH of Pennsylvania**

v.

**Joseph F. HILL, Appellant.**

Superior Court of Pennsylvania.

Submitted June 29, 1979.

Filed Jan. 4, 1980.

Petition for Allowance of Appeal Denied Sept. 11, 1980.

John W. Packel, Assistant Public Defender, Chief, Appeals Division, Philadelphia, for appellant.

Eric B. Henson, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

PER CURIAM:

Remanded for an evidentiary hearing. If it appears thereafter that the failure to commence trial within 180 days occurred despite due diligence by the Commonwealth and that the extensions granted by the lower court were

* Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

Robinson, J., died on or about November 7, 1979 and did not participate in the decision of this appeal.

proper, then appellant's motion in arrest of judgment shall be dismissed. If, however, it appears that the failure to commence trial within 180 days was caused by a lack of due diligence on the part of the Commonwealth and that the extensions of time, therefore, were improperly granted, then the motion in arrest of judgment shall be granted and appellant shall be discharged.

ROBINSON, J., did not participate in the decision of this appeal.